IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY L. ELLIS**                                                                                  **PLAINTIFF**
**ADC #116314**

**VS.**                                    **4:20-CV-00194-BRW**

**HENDERSON**                                                                                **DEFENDANT**

## ORDER

Plaintiff Corey L. Ellis ("Plaintiff"), in custody at the Pulaski County Detention Center, filed this case *pro se* under 42 U.S.C. § 1983.[1] On February 26, 2020, I denied Plaintiff's motion to proceed in forma pauperis because he did not submit the required calculation sheet and directed Plaintiff to pay the $400 filing fee or file a complete motion to proceed *in forma pauperis* within thirty days.[2] I advised Plaintiff that failure to do so would result in the dismissal of his case.[3] Plaintiff has failed to file a complete motion to proceed *in forma pauperis* or otherwise respond to my February 26, 2020 Order. Accordingly, Plaintiff's complaint is DISMISSED without prejudice.[4]

IT IS SO ORDERED this 8th day of April, 2020.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was notified that his failure to respond to this Order would result in the dismissal of this case under Local Rule 5.5(c)(2), which reads:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

[2] Doc. No. 3.

[3] *Id*.

[4] Local Rule 5.5(c)(2).