# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**COREY L. ELLIS**  **PLAINTIFF**
**ADC #116314**

**VS.** 4:20-CV-00194-BRW

**HENDERSON** **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of April, 2020.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE